IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

HERMAN JACKSON, JR.,

       Plaintiff,         Civil No. 10-770-AA

       v.                 ORDER

STATE OF OREGON, et al.,

       Defendants.

AIKEN, District Judge.

    By Order (#10) entered September 9, 2010, plaintiff was allowed 30 days to file an amended pleading and advised that failure to do so would result in the dismissal of this proceeding.

    Plaintiff has not filed an amended pleading or requested an extension of time to do so. This proceeding is dismissed for failure to prosecute.

    IT IS SO ORDERED

    DATED this <u>19th</u> day of October, 2010.

                        <u>/s/ ANN AIKEN</u>
                        Ann Aiken
                        United State District Judge

1 - ORDER